IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION


KEITH KENARD COLEMAN

                    Plaintiff,

v.                                                    CIVIL ACTION NO.   2:16-cv-09192

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

                    Defendant.


ORDER


     This action was referred to United States Magistrate Judge Dwane L. Tinsley

for submission of proposed findings of fact and recommendations for disposition

pursuant to 28 U.S.C. § 636. On January 25, 2018, Judge Tinsley submitted his

Proposed Findings & Recommendations [ECF No. 18] ("PF&R") and recommended

that the court **GRANT** the Plaintiff's Brief in Support of Judgment on the Pleadings

[ECF No. 14], **DENY** the Defendant's Brief in Support of Defendant's Decision [ECF

No. 15], **REVERSE** the final decision of the Commissioner, **REMAND** the case to an

ALJ for further consideration and explanation consistent with this opinion pursuant

to the fourth sentence of 42 U.S.C. § 405(g), and **DISMISS** this matter from the

Court's docket. Neither party timely filed objections to the PF&R nor sought an

extension of time.

A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn,* 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court accepts and incorporates herein the PF&R and orders judgment consistent therewith. The court **GRANTS** the Plaintiff's Brief in Support of Judgment on the Pleadings [ECF No. 14], **DENIES** the Defendant's Brief in Support of Defendant's Decision [ECF No. 15], **REVERSES** the final decision of the Commissioner, **REMANDS** the case to an ALJ for further consideration and explanation consistent with this opinion pursuant to the fourth sentence of 42 U.S.C. § 405(g), **DISMISSES** the case **with prejudice**, and **DIRECTS** this action to be removed from the docket.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:        February 14, 2018

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE